IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                                  : CIVIL NO: CR-1-00-009
                                    : JUDGE SPIEGEL

**MY QUANG TU,**

      **Defendant.**


**PETITION FOR REMISSION OF
FINE**

Comes now Plaintiff, United States of America by and through Gregory G. Lockhart, United States Attorney and Deborah F. Sanders, Assistant United States Attorney, and hereby petitions the Court to remit all unpaid criminal fine imposed by this Court in accordance with 18 U.S.C. §3573 which provides in pertinent part:

> Upon petition of the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may in the interest of justice—
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties; ****:

On December 21, 2000 this Court imposed upon Defendant a fine in the amount of $600.00. As of this date there remains due and owing the amount of $110.00.

Further collection activity is not reasonably likely to be effective in this case because:

1) The United States has been unsuccessful in its efforts to locate the whereabouts of the Defendant;

2) The United States has been unsuccessful in locating assets to apply towards satisfaction of this fine since it was imposed; and 3) the time and expense which would be incurred by the United States in further collection activity would exceed the amount of the debt.

**WHEREFORE**, The United States respectfully requests this Court to:

1)  Remit the balance of the fine entered in the case in the amount of $110.00; and

2)  Grant such other and further relief as is just and proper.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401
(614) 469-5715

N:\_ECF Workload\DSanders\Tu, My Quang.wpd