# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                : CIVIL NO: CR-1-00-009
                        : JUDGE SPIEGEL

MY QUANG TU,

        Defendant.

## ORDER REMITTING FINE

    Upon motion of the United Sates of America and the Court being otherwise sufficiently advised.

    **IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S. C. § 3573, that the unpaid portion of the fine imposed against the Defendant in the amount of $110.00 is hereby **REMITTED**.

Date: _1/J'/05_

_____
UNITED STATES  JUDGE/MAGISTRATE